# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES,
Appellee,

v.

DZHOKHAR A. TSARNAEV, a/k/a Jahar Tsarni,
Defendant - Appellant.

**ORDER OF COURT**

Entered: July 27, 2016

The June 24, 2016 and July 14, 2016 motions to file ex parte and under seal the Motion for Travel Authorization and the Addendum to the Motion to Travel are allowed.

By the Court:

/s/ Margaret Carter, Clerk.

cc:   Judy Clarke
      Gail K. Johnson
      David Patton
      William D. Weinreb
      Dina Michael Chaitowitz
      Aloke Shankar Chakravarty
      Joseph Francis Palmer
      Elizabeth Dorsey Collery
      Nadine Pellegrini
      Matthew R Segal
      Jonathan M. Albano
      Emma D. Hall